JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROMOLAND PROPERTIES II, LLC, a California limited liability company,<br><br>Defendants. | Case No. 5:18-cv-01308-MWF-SHK<br><br>**ORDER ON JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Pursuant to F.R.C.P., Rule 41(a)(A)(ii)]** |

Given the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the present action is dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: August 16, 2019

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

4834-8142-5567, v. 1

ORDER OF DISMISSAL OF ENTIRE ACTION     1     CASE NO. 5:18-CV-01308-MWF-SHK